317 So.2d 571

**In re Don RAINES**

v.

**STATE of Alabama.**

**Ex parte Don Raines.**

**SC 989.**

Supreme Court of Alabama.

July 10, 1975.

COLQUITT, Circuit Judge:

Opinion, 294 Ala. 360, 317 So.2d 559, corrected. Application for rehearing overruled. Motion to strike dismissed.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

JONES, SHORES and EMBRY, JJ., dissent.

318 So.2d 285

**The ROD, GUN AND SKI CLUB, INC.**

v.

**STATE of Alabama ex rel. Fred B. SIMPSON, District Attorney, Twenty-Third Judicial Circuit of Alabama.**

**SC 1291.**

Supreme Court of Alabama.

Sept. 11, 1975.

Watson, Moore & Mason, Huntsville, for appellant.

Fred B. Simpson, Dist. Atty. 23rd Judicial Circuit, Huntsville, for appellee.

SHORES, Justice.

The issues in this case are identical to those raised in *S.C. 1290—The Ebony Club, Inc., et al. v. State of Alabama ex rel. Fred B. Simpson, District Attorney, Twenty-Third Judicial Circuit of Alabama,* 294 Ala. 421, 318 So.2d 282. (Ms.),·this day decided. The judgment appealed from is affirmed under the authority contained in that opinion.

Affirmed.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

311 So.2d 453

**In re Kenneth F. ROTTON**

v.

**STATE.**

**Ex parte Kenneth F. Rotton.**

**SC 1199.**

Supreme Court of Alabama.

April 17, 1975.

Ralph E. Slate, Decatur, for petitioner.

None for the State.

FAULKNER, Justice.

Petition of Kenneth F. Rotton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Rotton v. State, 54 Ala.App. 627, 311 So.2d 450.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.